THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE P. FISKE et al., Appellants, v. THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Fiske* v. *Feitner,* 95 App. Div. 217, affirmed.
(Argued January 10, 1905; decided January 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1904, which affirmed an order of Special Term dismissing a writ of certiorari to review the proceedings of the defendants in assessing certain property of the relators for the purpose of taxation.

*Dean Emery, Frederic R. Kellogg* and *John Mason Knox* for appellants.

*John J. Delany, Corporation Counsel* (*George S. Coleman* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

In the Matter of the Application to Compel FRANK E. RANDALL, Appellant, to Answer Certain Questions.

THE WESTERN GAS AND FUEL COMPANY, Appellant; WILLIAM E. STRONG et al., Respondents.

*Matter of Randall,* 98 App. Div. 624, affirmed.
(Argued January 10, 1905; decided January 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1904, which affirmed an order of Special Term punishing the appellant Randall for contempt.